|   |   |
|---|---|
| 1 | STEVEN G. KALAR |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | DAVID RIZK<br>Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106<br>450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-7700 |
| 6 | Facsimile: (415) 436-7706<br>Email: David_Rizk@fd.org |

**FILED**

Nov 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Counsel for Defendant LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** 20–128 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DETENTION HEARING** |
| v. | |
| MELVIN LOPEZ, | |
| Defendant. | |

　　The above captioned matter is set for a detention hearing on November 25, 2020. Defense counsel and Pretrial Services required additional time to conduct a pretrial interview, and therefore, the parties agree to continue the detention hearing to November 30, 2020 at 10:30 a.m. before Magistrate Judge Corley. By virtue of the government's pending motion for detention, time is excluded.

　　\\

　　\\

　　\\

　　\\

　　\\

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING
*LOPEZ*, CR 20–128 MAG

1

IT IS SO STIPULATED.

Dated:    November 24, 2020

                                            STEVEN G. KALAR
                                            Federal Public Defender
                                            Northern District of California

                                                                       /S
                                            DAVID RIZK
                                            Assistant Federal Public Defender

Dated:    November 24, 2020

                                            DAVID L. ANDERSON
                                            United States Attorney
                                            Northern District of California

                                                                       /S
                                            MARJA-LIISA OVERBECK
                                            Assistant United States Attorney

IT IS SO ORDERED.

Dated:    11/24/2020

                                            THOMAS HIXSON
                                            United States Magistrate Judge

[PROPOSED] ORDER TO CONTINUE SENTENCING
*MORA*, CR 20–70789 MAG